JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA, | ) Case No. EDCV 21-0329-CJC (JPR) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| SECRETARY OF CORRECTIONS, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject-Matter Jurisdiction,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: March 16, 2021

_____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE